33 So.2d 280

**William Dennis PARTER v. STATE.**

1 Div. 557.

Court of Appeals of Alabama.
Nov. 25, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

35 So.2d 924

**Earnie PATRICK, alias Partrich, v. STATE.**

6 Div. 554.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

35 So.2d 924

**Olan PATRICK, alias Patrich v. STATE.**

6 Div. 555.

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

29 So.2d 903

**A. C. PATTON v. CITY OF TUSCALOOSA.**

6 Div. 341.

Court of Appeals of Alabama.
Nov. 29, 1946.

PER CURIAM.
Appeal dismissed, want of prosecution.

36 So.2d 610

**Mary PATTON v. STATE.**

8 Div. 626.

Court of Appeals of Alabama.
May 25, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

29 So.2d 903

**William Jr. PENNINGTON v. STATE.**

8 Div. 536.

Court of Appeals of Alabama.
Jan. 28, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.